

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 6, 2018

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *German Marmolejos*, 18 Cr. 303 (JMF)

Dear Judge Furman:

    On October 11, 2018, the Court appointed Dr. Ziv Cohen as an expert to assess the defendant's competence to stand trial. On February 22, 2019, Dr. Cohen filed a detailed report, which concluded that the defendant is competent to stand trial. The Government has spoken to defense counsel, and counsel stated that she believes a competency hearing is required.

    The Government respectfully requests that the Court schedule a conference to discuss this matter. I am personally on trial next week, starting March 11, but I am available any time after 5pm (the defendant is on bail), or in the afternoon of Friday, March 15. Otherwise, someone else will be available to represent the Government at the conference.

                                      Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney

By:   */s/ Michael K. Krouse*
                                       Michael K. Krouse
                                       Assistant United States Attorney
                                       (212) 637-2279

cc:    Jennifer Willis, Esq. (via ECF)